UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL TECKLEMARIAM HAGOS,

    Plaintiff,

v.

JOSEPH A ST LAURENT et al,

    Defendants.

CASE NO. 2:22-cv-01638-TSZ-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, docket no. 12, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the report and recommendation.

(2)    Plaintiff's claims are dismissed with prejudice.

(3)    The Clerk is directed to send copies of this order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

**DATED** this 14th day of March, 2023.

Thomas S. Zilly
United States District Judge